**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| AMIT JAIPURIA, PRADEEP JAIPURIA,<br><br>Plaintiffs,<br><br>v.<br><br>LINKEDIN CORPORATION, *et al.*<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:11-CV-00066 LED** |

**DECLARATION OF HEIDI KEEFE IN SUPPORT OF DEFENDANTS' RESPONSIVE BRIEF TO CLAIM CONSTRUCTION**

I, Heidi Keefe, declare:

1. I am an attorney with Cooley LLP, counsel in this action for Defendants LinkedIn Corporation and Hoover's Inc. ("Defendants"). I make this declaration in support of Defendants Response to Claim Construction. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

2. Attached as Exhibit 1 is a true and correct copy of United States Patent No. 7,047,202.

3. Attached as Exhibit 2 is a true and correct copy of the United States Patent No. 77,761,383.

4. Attached as Exhibit 3 is a true and correct copy of the prosecution history of United States Patent No. 7,047,202.

5. Attached as Exhibit 4 is a true and correct copy of the PTO's *Ex Parte* Reexamination of United States Patent No. 7,047,202 C1.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from the deposition transcript of Vernon Thomas Rhyne, III taken on October 2, 2012.

7. Attached as Exhibit 6 is a true and correct copy of excerpts of *The Authoritative Dictionary of IEEE Standards Terms* (Seventh Ed. 2000).

8. Attached as Exhibit 7 is a true and correct copy of excerpts of the *IBM Dictionary of Computing* (Tenth Ed. 1993).

9. Attached as Exhibit 8 is a true and correct copy of excerpts of the *Microsoft Computer Dictionary* (Fourth Ed. 1999).

10. Attached as Exhibit 9 is a true and correct copy of excerpts of the *Computer Desktop Encyclopedia* (Ninth Ed. 2001).

11. Attached as Exhibit 10 is a true and correct copy of excerpts of the *Merriam Webster's Collegiate Dictionary* (Tenth Ed.1993)

12. Attached as Exhibit 11 is a true and correct copy of excerpts of the Defendants' Patent Rule 4-2 Disclosure of Preliminary Claim Constructions and Extrinsic Evidence.

13. Attached as Exhibit 12 is a true and correct copy of excerpts of the Plaintiffs' Preliminary Claim Constructions and Preliminary Identification of Extrinsic Evidence Pursuant to Patent Rule 4-2.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 8, 2012 in Palo Alto, California.

*/s/ Heidi L. Keefe*
Heidi L. Keefe