# EXHIBIT 7

# IBM DICTIONARY OF COMPUTING

*Compiled and edited by*
GEORGE McDANIEL

McGRAW-HILL, INC.
New York San Francisco Washington, D.C. Auckland Bogotá
Caracas Lisbon London Madrid Mexico City Milan
Montreal New Delhi San Juan Singapore
Sydney Tokyo Toronto

**Limitation of Liability**

While the Editor and Publisher of this book have made reasonable efforts to ensure the accuracy and timeliness of the information contained herein, neither the Editor nor the Publisher shall have any liability with respect to loss or damage caused or alleged to be caused by reliance on any information contained herein.

Copyright © 1994 by International Business Machines Corporation. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permisssion of the publisher.

1 2 3 4 5 6 7 8 9 0 DOC/DOC 9 9 8 7 6 5 4 3

ISBN 0-07-031488-8 (HC)
ISBN 0-07-031489-6 (PBK)

*The sponsoring editor for this book was Daniel A. Gonneau and the production supervisor was Thomas G. Kowalczyk.*

*Printed and bound by R. R. Donnelley & Sons Company.*

**Tenth Edition (August 1993)**

This is a major revision of the *IBM Dictionary of Computing,* SC20-1699-8, which is made obsolete by this edition. Changes are made periodically to the information provided herein.

It is possible that this material may contain reference to, or information about, IBM products (machines and programs), programming, or services that are not announced in your country. Such references or information must not be construed to mean that IBM intends to announce such IBM products, programming, or services in your country. Comments may be addressed to IBM Corporation, Department E37/656, P. O. Box 12195, Research Triangle Park, NC 27709.

**International Edition**

Copyright © 1994 by International Business Machines Corporation. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113383-6.

This book is printed on acid-free paper.

**transmission limit** In the network control program, the maximum number of transmissions that can be sent to or received from a start-stop or BSC device during a session on a multipoint line before the network control program suspends the session to service other devices on the line.

**transmission line** Synonym for telecommunication line.

**transmission medium** The physical medium that conveys signals between data stations; for example, twisted-pair wire, optical fiber, coaxial cable. (T)

*Note:* Free space is a transmission medium for electromagnetic waves.

**transmission number** In the 3800 Printing Subsystem, the number designating the number of transmissions of a particular print data set. It is used by Print Services Facility to select the appropriate form environment group.

**transmission path delay** The time required for a bit to travel between the two most distant data stations in a bus network. Synonymous with one-way propagation time. (T)

**transmission priority** A rank assigned to a message unit that determines its precedence for being selected by the path control component in each node along a route for forwarding to the next node in the route.

**transmission security** Protection against wiretapping.

**transmission service** A circuit switched, packet switched, or a leased circuit is service that is provided by a communication common carrier, a recognized private operating agency (RPOA), or a telecommunication Administration. See circuit-switched data transmission service, leased circuit data transmission service, packet-switched transmission service, public data transmission service.

**transmission services (TS) profile** In SNA, a specification in a session activation request (and optionally, in the responses) of transmission control (TC) protocols, such as session-level pacing and the usage of session-level requests, to be supported by a particular session. Each defined transmission services profile is identified by a number.

**transmission subsystem component (TSC)** The component of VTAM program that comprises the transmission control, path control, and data link control layers of SNA.

**transmit** (1) To send data from one place for reception elsewhere. (A) (2) To move an entity from one place to another; for example, to broadcast radio waves, to dispatch data via a transmission medium, or to transfer data from one data station to another via a line. (T) (3) See also transfer.

**transmit burst** In data communications, a group of transmit packets that are sent without an intervening receive or time-out operation.

**transmit flow control** A transmission procedure that controls the rate at which data can be transmitted from one point so that it is equal to the rate at which it can be received by a remote point. (T)

*Notes:*

1. *This procedure may apply between a data terminal equipment (DTE) and the adjacent data switching exchange (DSE) or between two DTEs. In the latter case, the data signaling rate may be controlled due to network or remote DTE requirements.*
2. *This procedure operates independently in the two directions of data transfer, thus permitting different data signaling rates in both directions of transmission.*

**transmit leg** The side of a duplex line that is transmitting. Contrast with receive leg.

**transmittal mode** The method by which the contents of an input buffer are made available to the program, and by which a program makes records available for output.

**transmitted information** Synonym for transinformation content.

**transmitter** See optical transmitter, universal receiver-transmitter.

**transmitter-receiver subassembly (TRS)** In an ESCON environment, the electronic component that contains an optical transmitter and an optical receiver. See also fiber optic subassembly.

**transparency** (1) An acetate sheet containing information to be shown by means of an overhead projector. Synonymous with foil. (2) On a document copying machine, a master or copy on material that transmits light without diffusion. (T) (3) See also transparent, transparent mode.

**transparency mode** See transparent mode.

**transparent** (1) Pertaining to operations or data that are of no significance to the user. (2) In data transmission, pertaining to information not recognized by the receiving program or device as transmission control characters. (3) See code transparent, code transparent data transmission, inherent transparency.