# EXHIBIT 8

Microsoft® Press

# Microsoft® Computer Dictionary

## Fourth Edition

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1999 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary. -- 4th ed.
p. cm.
Previous eds. published under title: Microsoft Press computer dictionary
ISBN 0-7394-0880-1
1. Computers Dictionaries. 2. Microcomputers Dictionaries.
I. Microsoft Press computer dictionary.
QA76.15.M538 1999
004'.03--dc21 99-20168
CIP

Printed and bound in the United States of America.

2 3 4 5 6 7 8 9 MLML 4 3 2 1 0 9

Distributed in Canada by Penguin Books Canada Limited.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at mspress.microsoft.com.

Macintosh, Power Macintosh, QuickTime, and TrueType fonts are registered trademarks of Apple Computer, Inc. Kodak is a registered trademark of the Eastman Kodak Company. Intel is a registered trademark and Indeo is a trademark of Intel Corporation. Active Desktop, Active Directory, ActiveMovie, Active Platform, ActiveX, Authenticode, BackOffice, DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, MSN, NetMeeting, NetShow, Visual Basic, Visual C++, Visual J++, WebTV, WebTV Network, Win32, Win32s, Windows, Windows NT, and XENIX are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. PANTONE is a registered trademark of Pantone, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, people, and events depicted herein are fictitious. No association with any real company, organization, product, person, or event is intended or should be inferred.

**Acquisitions Editor:** Christey Bahn
**Project Editor:** Kim Fryer

each other either directly or through resistors. Transistor-transistor logic offers high speed and good noise immunity and is used in many digital circuits. A large number of transistor-transistor logic gates can be fabricated on a single integrated circuit. *Acronym:* TTL.

**translate** *vb.* **1.** In programming, to convert a program from one language to another. Translation is performed by special programs such as compilers, assemblers, and interpreters. **2.** In computer graphics, to move an image in the "space" represented on the display, without turning (rotating) the image.

**translated file** *n.* A file containing data that has been changed from binary (8-bit) format to ASCII (7-bit) format. BinHex and uuencode both translate binary files into ASCII. Such translation is necessary to transmit data through systems (such as e-mail) that may not preserve the eighth bit of each byte. A translated file must be decoded to its binary form before being used. *See also* BinHex, uuencode.

**translator** *n.* A program that translates one language or data format into another.

**transmission channel** *n. See* channel.

**Transmission Control Protocol** *n. See* TCP.

**Transmission Control Protocol/Internet Protocol** *n. See* TCP/IP.

**transmit** *vb.* To send information over a communications line or a circuit. Computer transmissions can take place in the following ways: asynchronous (variable timing) or synchronous (exact timing); serial (essentially, bit by bit) or parallel (byte by byte; a group of bits at once); duplex or full-duplex (simultaneous two-way communication), half-duplex (two-way communication in one direction at a time), or simplex (one-way communication only); and burst (intermittent transmission of blocks of information). *Compare* transfer².

**Transmit Data** *n. See* TXD.

**transmitter** *n.* Any circuit or electronic device designed to send electrically encoded data to another location.

**transparent** *adj.* **1.** In computer use, of, pertaining to, or characteristic of a device, function, or part of a program that works so smoothly and easily that it is invisible to the user. For example, the ability of one application to use files created by another is transparent if the user encounters no difficulty in opening, reading, or using the second program's files or does not even know the use is occurring. **2.** In communications, of, pertaining to, or characteristic of a mode of transmission in which data can include any characters, including device-control characters, without the possibility of misinterpretation by the receiving station. For example, the receiving station will not end a transparent transmission until it receives a character in the data that indicates end of transmission. Thus, there is no danger of the receiving station ending communications prematurely. **3.** In computer graphics, of, pertaining to, or characteristic of the lack of color in a particular region of an image so that the background color of the display shows through.

**transponder** *n.* A transceiver in a communications satellite that receives a signal from an earth station and retransmits it on a different frequency to one or more other earth stations.

**transportable computer** *n. See* portable computer.

**transport layer** *n.* The fourth of the seven layers in the International Organization for Standardization's Open Systems Interconnection (OSI) reference model for standardizing computer-to-computer communications. The transport layer is one level above the network layer and is responsible for both quality of service and accurate delivery of information. Among the tasks performed on this layer are error detection and correction. See the illustration. *See also* ISO/OSI reference model.

**ISO/OSI MODEL**

| *ISO/OSI Layer* | *Focus* |
|---|---|
| Application *(highest level)* | Program-to-program transfer of information |
| Presentation | Text formatting and display, code conversion |
| Session | Establishing, maintaining, and coordinating communication |
| Transport | Accurate delivery, service quality |
| Network | Transport routes, message handling and transfer |
| Data-link | Coding, addressing, and transmitting information |
| Physical | Hardware connections |

*Transport layer.*