# EXHIBIT 9

# Computer Desktop Encyclopedia

## Ninth Edition

Alan Freedman

Osborne/**McGraw-Hill**

New York Chicago San Francisco
Lisbon London Madrid Mexico City Milan
New Delhi San Juan Seoul Singapore Sydney Toronto

Osborne/**McGraw-Hill**
2600 Tenth Street
Berkeley, California 94710
U.S.A.

To arrange bulk purchase discounts for sales promotions, premiums, or fund-raisers, please contact Osborne/**McGraw-Hill** at the above address. For information on translations or book distributors outside the U.S.A., please see the International Contact Information page at the end of this book.

**Computer Desktop Encyclopedia, Ninth Edition**

Copyright © 2001 by The McGraw-Hill Companies. All rights reserved. Printed in the United States of America. Except as permitted under the Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher, with the exception that the program listings may be entered, stored, and executed in a computer system, but they may not be reproduced for publication.

1234567890 DOC DOC 901987654321

Book p/n 0-07-219307-7 and CD p/n 0-07-219308-5
parts of
ISBN 0-07-219306-9

**Publisher**
Brandon A. Nordin

**Vice President & Associate Publisher**
Scott Rogers

**Editorial Director**
Roger Stewart

**Senior Project Editor**
Pamela Woolf

**Proofreaders**
Linda Medoff, Paul Medoff

**Computer Designers**
Lauren McCarthy, Tabitha Cagan

**Illustrators**
Lyssa Wald, Michael Mueller

**Series Design**
Peter F. Hancik

**Cover Design**
Greg Scott

**Cover Illustration**
John Bleck

This book was composed with Corel VENTURA™ Publisher.

Information has been obtained by Osborne/**McGraw-Hill** from sources believed to be reliable. However, because of the possibility of human or mechanical error by our sources, Osborne/**McGraw-Hill**, or others, Osborne/**McGraw-Hill** does not guarantee the accuracy, adequacy, or completeness of any information and is not responsible for any errors or omissions or the results obtained from use of such information.

**transmission multiplexor** Same as *add/drop multiplexer*.

**transmission speed** The rate at which data is moved across a communications channel. Following are the transmission speeds of common LAN and WAN technologies. See *bandwidth*.

**transmissive art** See *transparent media*.

**transmit** To send data over a communications line. See *transfer*.

**transmitter** A device that generates signals. Contrast with *receiver*.

**transmogrify** To change into something completely different.

**transparency** (1) The quality of being able to see through a material. The terms transparency and translucency are often used synonymously; however, transparent would technically mean "seeing through clear glass," while translucent would mean "seeing through frosted glass." See *alpha blending*.

(2) A film-based photographic negative or positive. Light is beamed through the film for display, scanning or processing.

**transparency adapter** A device that allows a flatbed scanner to scan 35mm slides and other film transparencies. It provides a mechanism that shines light through the transparencies. See *reflective media* and *transparent media*.

**transparent** (1) Refers to a change in hardware or software that, after installation, causes no noticeable change in operation.

(2) In computer graphics, a color that is treated as background and takes on the color of the underlying window or page. See *transparency* and *alpha blending*.

**transparent bridge** A common type of network bridge, in which the host stations are unaware of their existence in the network. A transparent bridge learns which node is connected to which port through the experience of examining which node responds to each new station address that is transmitted. Ethernet uses this type of bridge, also called an *adaptive bridge*. Contrast with *source route bridging*. See *spanning tree algorithm*.

**transparent cache** A computer system or software within a computer system that determines whether a requested page or file has already been stored in memory or on its hard disk. If it has not, the request is sent upstream to its normal destination. The transparent cache sits between the client and server, and is invisible to either side. There are also no configuration adjustments required in the browser to use a transparent cache. See *Web cache*.

**transparent GIF** See *GIF*.

**transparent LAN service** A communications service from a local telephone company or common carrier that links remote LANs together. It is called transparent because the Ethernet, Token Ring or FDDI network is connected directly to the service at both ends regardless of the technology employed by the carrier in between. The network administrator of the LAN is not responsible for dealing with a different protocol. See *VPN*.

**transparent media** Transparent materials such as 35mm slides, large transparencies and photographic negatives in which the scanner shines light through the objects to the sensors on the other side in order to record the image. Transparent media require a transparency adapter in the scanner, if available. Slide scanners can also be used, and there are scanners that have a transparency tray built into the unit that accomodates slides and larger transparencies. Contrast with *reflective media*.

**transparent media adapter** See *transparency adapter*.

**transparent network** An all-optical network from end to end. Expected in the future, such networks add their own complexity when the electrical component is removed. For example, due to switching, the distance a light signal travels one day may be different the next time. This creates a different dispersion characteristic that has to be dealt

T