# EXHIBIT 10

# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1999 by Merriam-Webster, Incorporated

Philippines Copyright 1999 by Merriam-Webster, Incorporated

ISBN 0-87779-711-0

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

56QW02

**pro·vas·cu·lar** \(,)prō-'vas-kyə-lər\ *adj* (ca. 1948) **:** of, relating to, or being procambium

**prove** \'prüv\ *vb* **proved; proved** *or* **prov·en** \'prü-vən, *Brit also* 'prō-\; **prov·ing** \'prü-viŋ\ [ME, fr. OF *prover,* fr. L *probare* to test, approve, prove, fr. *probus* good, honest, fr. *pro-* for, in favor + *-bus* (akin to OE *bēon* to be) — more at PRO-, BE] *vt* (13c) **1** *archaic* **:** to learn or find out by experience **2 a :** to test the truth, validity, or genuineness of ⟨the exception ~*s* the rule⟩ ⟨~ a will at probate⟩ **b :** to test the worth or quality of; *specif* **:** to compare against a standard — sometimes used with *up* or *out* **c :** to check the correctness of (as an arithmetic result) **3 a :** to establish the existence, truth, or validity of (as by evidence or logic) ⟨~ a theorem⟩ ⟨the charges were never *proved* in court⟩ **b :** to demonstrate as having a particular quality or worth ⟨the vaccine has been *proven* effective after years of tests⟩ ⟨*proved* herself a great actress⟩ **4 :** to show (oneself) to be worthy or capable ⟨eager to ~ myself in the new job⟩ ~ *vi* **:** to turn out esp. after trial or test ⟨the new drug *proved* effective⟩ — **prov·able** \'prü-və-bəl\ *adj* — **prov·able·ness** *n* — **prov·ably** \-blē\ *adv* — **prov·er** \'prü-vər\ *n*

***usage*** The past participle *proven,* orig. the past participle of *preve,* a Middle English variant of *prove* that survived in Scotland, has gradually worked its way into standard English over the past three and a half centuries. It seems to have first become established in legal use and to have come only slowly into literary use. Tennyson was one of its earliest frequent users, prob. for metrical reasons. It was disapproved by 19th century grammarians, one of whom included it in a list of "words that are not words." Surveys made some 30 or 40 years ago indicated that *proved* was about four times as frequent as *proven.* But our evidence from the last 10 or 15 years shows this no longer to be the case. As a past participle *proven* is now about as frequent as *proved* in all contexts. As an attributive adjective ⟨*proved* or *proven* gas reserves⟩ *proven* is much more common than *proved.*

**prov·e·nance** \'präv-nən(t)s, 'prä-və-,nän(t)s\ *n* [F, fr. *provenir* to come forth, originate, fr. L *provenire,* fr. *pro-* forth + *venire* to come — more at PRO-, COME] (1785) **1 :** ORIGIN, SOURCE **2 :** the history of ownership of a valued object or work of art or literature

[1]**Pro·ven·çal** \,prō-,vän-'säl, ,prä-vən-, *sense 1 also* prə-'ven(t)-səl\ *adj* [MF, fr. *Provence* Provence] (1589) **1 :** of, relating to, or characteristic of Provence or the people of Provence **2** *or* **Pro·ven·çale :** cooked with garlic, onion, mushrooms, tomato, olive oil, and herbs ⟨scallops ~⟩

[2]**Pro·ven·çal** \,prō-,vän-'säl, ,prä-vən-\ *n* (1600) **1 :** a native or inhabitant of Provence **2 :** a Romance language spoken in southern France; *esp* **:** the dialect of this language spoken in Provence

**prov·en·der** \'prä-vən-dər\ *n* [ME, fr. MF *provende, provendre,* fr. ML *provenda,* alter. of *praebenda* prebend] (14c) **1 :** dry food for domestic animals **:** FEED **2 :** FOOD, VICTUALS

**pro·ve·nience** \prə-'vē-nyən(t)s, -nē-ən(t)s\ *n* [alter. of *provenance*] (1882) **:** ORIGIN, SOURCE

**prov·en·ly** \'prü-vən-lē, *Brit also* 'prō-\ *adv* (1887) **:** demonstrably as stated **:** without doubt or uncertainty

**pro·ven·tric·u·lus** \,prō-ven-'tri-kyə-ləs\ *n, pl* **-li** \-,lī, -,lē\ [NL] (ca. 1836) **1 :** the glandular or true stomach of a bird that is situated between the crop and gizzard **2 :** a muscular dilatation of the foregut in most mandibulate insects that is armed internally with chitinous teeth or plates for triturating food **3 :** the thin-walled sac in front of the gizzard of an earthworm

**prove out** *vi* (1941) **:** to turn out to be satisfactory or as expected

[1]**prov·erb** \'prä-,vərb\ *n* [ME *proverbe,* fr. MF, fr. L *proverbium,* fr. *pro-* + *verbum* word — more at WORD] (14c) **1 :** a brief popular epigram or maxim **:** ADAGE **2 :** BYWORD 4

[2]**proverb** *vt* (14c) **1 :** to speak of proverbially **2** *obs* **:** to provide with a proverb

**pro–verb** \'prō-,vərb, -'vərb\ *n* (1907) **:** a form of the verb *do* used to avoid repetition of a verb (as *do* in "act as I do")

**pro·ver·bi·al** \prə-'vər-bē-əl\ *adj* (1548) **1 :** of, relating to, or resembling a proverb **2 :** that has become a proverb or byword **:** commonly spoken of ⟨the ~ smoking gun⟩ — **pro·ver·bi·al·ly** \-ə-lē\ *adv*

**Prov·erbs** \'prä-,vərbz\ *n pl but sing in constr* **:** a collection of moral sayings and counsels forming a book of canonical Jewish and Christian Scripture — see BIBLE table

**pro·vide** \prə-'vīd\ *vb* **pro·vid·ed; pro·vid·ing** [ME, fr. L *providēre,* lit., to see ahead, fr. *pro-* forward + *vidēre* to see — more at PRO-, WIT] *vi* (15c) **1 :** to take precautionary measures ⟨~ for the common defense —*U.S. Constitution*⟩ **2 :** to make a proviso or stipulation ⟨the constitution . . . ~*s* for an elected two-chamber legislature —*Current Biog.*⟩ **3 :** to make preparation to meet a need ⟨~ for entertainment⟩; *esp* **:** to supply something for sustenance or support ⟨~*s* for the poor⟩ ~ *vt* **1** *archaic* **:** to prepare or get ready in advance **2 a :** to supply or make available (something wanted or needed) ⟨*provided* new uniforms for the band⟩; *also* **:** AFFORD ⟨curtains ~ privacy⟩ **b :** to make something available to ⟨~ the children with free balloons⟩ **3 :** to have as a condition **:** STIPULATE ⟨the contract ~*s* that certain deadlines will be met⟩

**provided** *conj* [ME, pp. of *providen* to provide] (15c) **:** on condition that **:** with the understanding **:** IF ***usage*** see PROVIDING

**prov·i·dence** \'prä-və-dən(t)s, -,den(t)s\ *n* [ME, fr. MF, fr. L *providentia,* fr. *provident-, providens*] (14c) **1 a** *often cap* **:** divine guidance or care **b** *cap* **:** God conceived as the power sustaining and guiding human destiny **2 :** the quality or state of being provident

**prov·i·dent** \-dənt, -,dent\ *adj* [ME, fr. L *provident-, providens,* fr. prp. of *providēre*] (15c) **1 :** making provision for the future **:** PRUDENT **2 :** FRUGAL, SAVING — **prov·i·dent·ly** *adv*

**prov·i·den·tial** \,prä-və-'den(t)-shəl\ *adj* (1648) **1 :** of, relating to, or determined by Providence **2** *archaic* **:** marked by foresight **:** PRUDENT **3 :** occurring by or as if by an intervention of Providence ⟨a ~ escape⟩ ***syn*** see LUCKY — **prov·i·den·tial·ly** \-'den(t)-sh(ə-)lē\ *adv*

**pro·vid·er** \prə-'vī-dər\ *n* (1523) **:** one that provides; *esp* **:** BREADWINNER

**providing** *conj* [ME, prp. of *providen*] (15c) **:** on condition that **:** in case

***usage*** Although occas. still disapproved, *providing* is as well established as a conjunction as *provided* is. *Provided* is more common.

**prov·ince** \'prä-vən(t)s\ *n* [ME, fr. MF, fr. L *provincia*] (14c) **1 a :** a country or region brought under the control of the ancient Roman government **b :** an administrative district or division of a country **c** *pl* **:** all of a country except the metropolises **2 a :** a division of a country forming the jurisdiction of an archbishop or metropolitan **b :** a territorial unit of a religious order **3 a :** a biogeographic division of less rank than a region **b :** an area that exhibits essential continuity of geological history; *also* **:** one characterized by particular structural or petrological features **4 a :** proper or appropriate function or scope **:** SPHERE **b :** a department of knowledge or activity ***syn*** see FUNCTION

[1]**pro·vin·cial** \prə-'vin(t)-shəl\ *n* [in sense 1, fr. ME, fr. MF or ML; MF, fr. ML *provincialis,* fr. *provincia* ecclesiastical province; in other senses, fr. L *provincialis,* fr. *provincia* province] (14c) **1 :** the superior of a province of a Roman Catholic religious order **2 :** one living in or coming from a province **3 a :** a person of local or restricted interests or outlook **b :** a person lacking urban polish or refinement

[2]**provincial** *adj* (14c) **1 :** of, relating to, or coming from a province **2 a :** limited in outlook **:** NARROW **b :** lacking the polish of urban society **:** UNSOPHISTICATED **3 :** of or relating to a decorative style (as in furniture) marked by simplicity, informality, and relative plainness; *esp* **:** FRENCH PROVINCIAL — **pro·vin·cial·ly** \-'vin(t)-sh(ə-)lē\ *adv*

**pro·vin·cial·ism** \-shə-,li-zəm\ *n* (1770) **1 :** a dialectal or local word, phrase, or idiom **2 :** the quality or state of being provincial

**pro·vin·cial·ist** \-'vin(t)-sh(ə-)list\ *n* (1656) **:** a native or inhabitant of a province

**pro·vin·ci·al·i·ty** \prə-,vin(t)-shē-'a-lə-tē\ *n, pl* **-ties** (1782) **1 :** PROVINCIALISM 2 **2 :** an act or instance of provincialism

**pro·vin·cial·ize** \-'vin(t)-shə-,līz\ *vt* **-ized; -iz·ing** (1829) **:** to make provincial — **pro·vin·cial·i·za·tion** \-,vin(t)-sh(ə-)lə-'zā-shən\ *n*

**proving ground** *n* (ca. 1890) **1 :** a place for scientific experimentation or testing (as of vehicles or weapons) **2 :** a place where something is developed or tried out

**pro·vi·rus** \(,)prō-'vī-rəs\ *n* [NL] (1949) **:** a form of a virus that is integrated into the genetic material of a host cell and by replicating with it can be transmitted from one cell generation to the next without causing lysis — **pro·vi·ral** \-rəl\ *adj*

[1]**pro·vi·sion** \prə-'vi-zhən\ *n* [ME, fr. MF, fr. LL & L; LL *provision-, provisio* act of providing, fr. L, foresight, fr. *providēre* to see ahead — more at PROVIDE] (14c) **1 a :** the act or process of providing **b :** the fact or state of being prepared beforehand **c :** a measure taken beforehand to deal with a need or contingency **:** PREPARATION ⟨made ~ for replacements⟩ **2 :** a stock of needed materials or supplies; *esp* **:** a stock of food — usu. used in pl. **3 :** PROVISO, STIPULATION

[2]**provision** *vt* **pro·vi·sioned; pro·vi·sion·ing** \-'vi-zhə-niŋ, -'vizh-niŋ\ (1809) **:** to supply with provisions

[1]**pro·vi·sion·al** \prə-'vizh-nəl, -'vi-zhə-nᵊl\ *adj* (1601) **:** serving for the time being **:** TEMPORARY — **pro·vi·sion·al·ly** *adv*

[2]**provisional** *n* (1886) **:** a postage stamp for use until a regular issue appears — compare DEFINITIVE

**pro·vi·sion·ary** \prə-'vi-zhə-,ner-ē\ *adj* (1617) **:** PROVISIONAL

**pro·vi·sion·er** \-'vi-zhə-nər, -'vizh-nər\ *n* (1866) **:** a furnisher of provisions

**pro·vi·so** \prə-'vī-(,)zō\ *n, pl* **-sos** *or* **-soes** [ME, fr. ML *proviso quod* provided that] (15c) **1 :** an article or clause (as in a contract) that introduces a condition **2 :** a conditional stipulation

**pro·vi·so·ry** \-'vī-zə-rē, -'vīz-rē\ *adj* (ca. 1611) **1 :** containing or subject to a proviso **:** CONDITIONAL **2 :** PROVISIONAL

**pro·vi·ta·min** \(,)prō-'vī-tə-mən\ *n* (1927) **:** a precursor of a vitamin convertible into the vitamin in an organism

**Pro·vo** \'prō-(,)vō\ *n, pl* **Provos** [*Prov*isional I.R.A., name of the faction + [1]-*o*] (1971) **:** a member of the extremist faction of the Irish Republican Army

**pro·vo·ca·teur** \prō-,vä-kə-'tər\ *n* (1919) **:** AGENT PROVOCATEUR

**prov·o·ca·tion** \,prä-və-'kā-shən\ *n* [ME *provocacioun,* fr. MF *provocation,* fr. L *provocation-, provocatio,* fr. *provocare*] (14c) **1 :** the act of provoking **:** INCITEMENT **2 :** something that provokes, arouses, or stimulates

**pro·voc·a·tive** \prə-'vä-kə-tiv\ *adj* (15c) **:** serving or tending to provoke, excite, or stimulate — **provocative** *n* — **pro·voc·a·tive·ly** *adv* — **pro·voc·a·tive·ness** *n*

**pro·voke** \prə-'vōk\ *vt* **pro·voked; pro·vok·ing** [ME, fr. MF *provoquer,* fr. L *provocare,* fr. *pro-* forth + *vocare* to call, fr. *voc-, vox* voice — more at PRO-, VOICE] (14c) **1 a** *archaic* **:** to arouse to a feeling or action **b :** to incite to anger **2 a :** to call forth (as a feeling or action) **:** EVOKE ⟨~ laughter⟩ **b :** to stir up purposely ⟨~ a fight⟩ **c :** to provide the needed stimulus for ⟨will ~ a lot of discussion⟩ — **pro·vok·er** *n*

***syn*** PROVOKE, EXCITE, STIMULATE, PIQUE, QUICKEN mean to arouse as if by pricking. PROVOKE directs attention to the response called forth ⟨my stories usually *provoke* laughter⟩. EXCITE implies a stirring up or moving profoundly ⟨news that *excited* anger and frustration⟩. STIMULATE suggests a rousing out of lethargy, quiescence, or indifference ⟨*stimulating* conversation⟩. PIQUE suggests stimulating by mild irritation or challenge ⟨that remark *piqued* my interest⟩. QUICKEN implies beneficially stimulating and making active or lively ⟨the high salary *quickened* her desire to have the job⟩. ***syn*** see in addition IRRITATE

**pro·vok·ing** \-'vō-kiŋ\ *adj* (1642) **:** causing mild anger **:** ANNOYING — **pro·vok·ing·ly** \-kiŋ-lē\ *adv*

**pro·vo·lo·ne** \,prō-və-'lō-nē\ *n* [It, aug. of *provola,* a kind of cheese] (1912) **:** a usu. firm pliant often smoked cheese of Italian origin

**pro·vost** \'prō-,vōst, 'prä-vəst, 'prō-vəst, *esp attrib* ,prō-(,)vō\ *n* [ME, fr. OE *profost* & OF *provost,* fr. ML *propositus,* alter. of *praepositus,* fr. L, one in charge, director, fr. pp. of *praeponere* to place at the head — more at PREPOSITION] (bef. 12c) **1 :** the chief dignitary of a collegiate or cathedral chapter **2 :** the chief magistrate of a Scottish burgh **3 :** the keeper of a prison **4 :** a high-ranking university administrative officer

**provost court** *n* (1864) **:** a military court usu. for the trial of minor offenses within an occupied hostile territory

**provost guard** *n* (1862) **:** a police detail of soldiers under the authority of the provost marshal

**provost marshal** *n* (1535) **:** an officer who supervises the military police of a command

[1]**prow** \'prau̇\ *adj* [ME, fr. MF *prou* — more at PROUD] (14c) *archaic* **:** VALIANT, GALLANT