**MIN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| AMIT JAIPURIA, PRADEEP JAIPURIA, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | **CASE NO. 6:11-CV-00066 LED** |
| | § | |
| v. | § | |
| | § | |
| LINKEDIN CORPORATION, *et al.* | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**DECLARATION OF MARK R. WEINSTEIN IN SUPPORT OF DEFENDANTS LINKEDIN CORPORATION'S AND HOOVER'S INC.'S MOTION TO DISMISS PLAINTIFFS' CLAIMS OF INFRINGEMENT OR, IN THE ALTERNATIVE, TO PRECLUDE CERTAIN EXPERT TESTIMONY**

I, Mark R. Weinstein, declare:

1. I am a partner with Cooley LLP, counsel of record in this action for Defendants LinkedIn Corporation ("LinkedIn") and Hoover's Inc. ("Hoover's"). I make this declaration in support of Defendants' Motion to Dismiss Plaintiffs' Claims of Infringement or, in the Alternative, to Preclude Certai n Expert Testimony. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained therein.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Patent Rule 3-1 and 3-2 Preliminary Disclosures, dated November 23, 2011.

3. Attached hereto as Exhibit A-1 is a true and correct copy of Exhibit 1 to Plaintiffs' Patent Rule 3-1 and 3-2 Preliminary Disclosures, U.S. Patent No. 7,047,202 claim chart regarding the LinkedIn functionality.

4. Attached hereto as Exhibit A-2 is a true and correct copy of Exhibit 2 to Plaintiffs' Patent Rule 3-1 and 3-2 Preliminary Disclosures, U.S. Patent No. 7,761,383 claim chart regarding the LinkedIn functionality.

5. Attached hereto as Exhibit A-3 is a true and correct copy of Exhibit 3 to Plaintiffs' Patent Rule 3-1 and 3-2 Preliminary Disclosures, U.S. Patent No. 7,047,202 claim chart regarding the WhoDoYouKnowAt functionality.

6. Attached hereto as Exhibit A-4 is a true and correct copy of Exhibit 4 to Plaintiffs' Patent Rule 3-1 and 3-2 Preliminary Disclosures, U.S. Patent No. 7,761,383 claim chart regarding the WhoDoYouKnowAt functionality.

7. Attached hereto as Exhibit A-5 is a true and correct copy of Exhibit 5 to Plaintiffs' Patent Rule 3-1 and 3-2 Preliminary Disclosures, U.S. Patent No. 7,047,202 claim chart regarding the Hoover's/LinkedIn integration functionality.

8. Attached hereto as Exhibit A-6 is a true and correct copy of Exhibit 6 to Plaintiffs' Patent Rule 3-1 and 3-2 Preliminary Disclosures, U.S. Patent No. 7,761,383 claim chart regarding Hoover's/LinkedIn integration functionality.

9. Attached hereto as Exhibit B is a true and correct copy of a letter from Kathryn D. Duvall to Lexie White, dated December 12, 2011.

10. Attached hereto as Exhibit C-1 is a true and correct copy of Exhibit 1 to Plaintiffs' April 12, 2013 Amended Infringement Contentions, U.S. Patent No. 7,047,202 claim

chart regarding the LinkedIn functionality.

11. Attached hereto as Exhibit C-2 is a true and correct copy of Exhibit 2 to Plaintiffs' April 12, 2013 Amended Infringement Contentions, U.S. Patent No. 7,761,383 claim chart regarding the LinkedIn functionality.

12. Attached hereto as Exhibit C-3 is a true and correct copy of Exhibit 5 to Plaintiffs' April 12, 2013 Amended Infringement Contentions, U.S. Patent No. 7,047,202 claim chart regarding the Hoover's/LinkedIn integration functionality.

13. Attached hereto as Exhibit C-4 is a true and correct copy of Exhibit 6 to Plaintiffs' April 12, 2013 Amended Infringement Contentions, U.S. Patent No. 7,761,383 claim chart regarding the Hoover's/LinkedIn integration functionality.

14. Attached hereto as Exhibit C-5 is a true and correct copy of Exhibit 7 to Plaintiffs' April 12, 2013 Amended Infringement Contentions, U.S. Patent No. 7,047,202 claim chart regarding the Hoover's Connect functionality.

15. Attached hereto as Exhibit C-6 is a true and correct copy of Exhibit 8 to Plaintiffs' April 12, 2013 Amended Infringement Contentions, U.S. Patent No. 7,761,383 claim chart regarding the Hoover's Connect functionality.

16. Attached hereto as Exhibit D is a true and correct copy of an e-mail from Mark Weinstein to Lexie White, dated April 22, 2013.

17. Attached hereto as Exhibit E is a true and correct copy of an Order from *Genentech, Inc. v. Trustees of University of Pennsylvania*, No. 10-cv-2037, ECF No. 63, filed December 13, 2010 in the Northern District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed at Palo Alto, California, this 30th day of April, 2013.

*/s/ Mark R. Weinstein*
Mark R. Weinstein

1121653 v1/HN