**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| AMIT JAIPURIA, PRADEEP JAIPURIA | Civil Action No. 6:11-cv-00066 |
| Plaintiffs, | |
| v. | Judge: Leonard Davis |
| LINKEDIN CORPORATION, et al. | |
| | Jury Trial Demanded |
| Defendants. | |

## ORDER

Before the Court is the parties Joint Motion to Dismiss With Prejudice their respective claims in the above-captioned lawsuit. The Court finds the motion should be GRANTED.

This case is hereby DISMISSED WITH PREJUDICE. In view of the stipulations in the motion, the Court finds that the Plaintiffs have waived any right to seek recovery of attorneys' fees or costs from Defendants and that Defendants have waived any right to seek recovery of attorneys' fees or costs from Plaintiffs.

**So ORDERED and SIGNED this 15th day of October, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**